IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO O. ALONSO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. BARNES, Warden,<br><br>　　　　Respondent.　　　　　／ | No. C 09-00429 CW (PR)<br><br>ORDER GRANTING FOURTH REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for a fourth extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due on March 4, 2011.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

　　This Order terminates Docket no. 15.

　　IT IS SO ORDERED.

Dated: 2/18/2011

　　　　　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SERGIO O. ALONSO,

      Plaintiff,

v.

SERGIO O. ALONSO et al,

      Defendant.

Case Number: CV09-00429 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Omardiaz Alonso V-26646
La Palma Correctional Center
Y-A-#207
5501 N. La Palma Rd
Eloy, AZ 85231

Dated: February 18, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk