IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO OMARDIAZ ALONSO,  No. C 09-00429 CW (PR)

    Petitioner,  JUDGMENT

  v.

R. BARNES, Warden,

    Respondent.
_____/

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 3/14/2012

                              CLAUDIA WILKEN
                              United States District Judge