IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OMARDIAZ ALONSO, | No. C 09-00429 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| R. BARNES, Warden, | |
|     Respondent. | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 3/14/2012

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
United States District Judge